# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America | |
| v. | Case No. 25-MJ- 111 |
| JOSE ROBERTO PEREZ-SOLIS | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 5, 2025, in the County of Chautauqua, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*David M. Graham*
*Complainant's signature*

DAVID M. GRAHAM
SUPERVISORY BORDER PATROL AGENT
UNITED STATES BORDER PATROL
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 6, 2025

*H. Kenneth Schroeder, Jr.*
*Judge's signature*

HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

I, David M. Graham, being duly sworn, deposes and says that:

1. I am a Supervisory Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed at the Erie Border Patrol Station in Fairview, Pennsylvania. I have been employed as a Border Patrol Agent for approximately 19 years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2. As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) Re-entry of Removed Aliens.

3. I make this Affidavit in support of the Criminal Complaint charging PEREZ-SOLIS, Jose Roberto, an alien, born in 1994 in Mexico, with having been found in the United

States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other U.S. Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

5. On about August 5, 2025, Jose Roberto PEREZ-SOLIS ("PEREZ-SOLIS") was encountered by Border Patrol Agents while performing targeted enforcement of a male subject from Mexico who had been identified as a being illegally present in the United States. Border Patrol Agents observed the targeted subject exit a house at 35 Maple Ave in Ripley, New York, with several other subjects. The subjects entered a black 2012 Jeep Cherokee and left the house.

6. During the traffic stop, PEREZ-SOLIS was encountered. All subjects, including PEREZ-SOLIS, admitted that they were citizens and nationals of Mexico and admitted to having entered the United States illegally and did not have any documentation

that would allow them to be or remain in the United States legally.

7. U.S. Border Patrol Agents took PEREZ-SOLIS into custody. As a part of processing, an electronic scan of PEREZ-SOLIS's fingerprints were taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that PEREZ-SOLIS had been issued an FBI number and immigration fingerprint identification number.

8. Criminal and immigration database record checks associated with the fingerprints for PEREZ-SOLIS revealed the following:

   a. PEREZ-SOLIS, Jose Roberto is a native and citizen of Mexico.

   b. PEREZ-SOLIS was ordered removed pursuant to a Notice and Order of Expedited Removal issued by an authorized DHS Official on or about August 19, 2012, in Nogales, Arizona.

   c. On or about August 19, 2012, PEREZ-SOLIS was physically removed from the United States from Nogales, Arizona, pursuant to an order of removal.

9. There is no record that PEREZ-SOLIS had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his previous removal.

10. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about August 5, 2025, within the Western District of New York, PEREZ-SOLIS, an alien who was removed from the United States on or about August 19, 2012, was found in the United States without having obtained the express consent of the

Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*David M. Graham*
_____
DAVID M. GRAHAM
Supervisory Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically
on this 6th day of August 2025.

*H. Kenneth Schroeder, Jr.*
_____
HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

4